IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


CAROL TRESCOTT,

      Plaintiff,

v.                                        CASE NO. 4:12cv104-RH/CAS

DEPARTMENT OF THE TREASURY,
JP MORGAN CHASE BANK,

      Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 15. The recommendation is for dismissal of the plaintiff's only remaining claims—the claims against the defendant Department of the Treasury—for lack of subject-matter jurisdiction. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment under Federal Rule of Civil Procedure 58

Case No. 4:12cv104-RH/CAS

stating, "The plaintiff's claims against the defendant Department of the Treasury are DISMISSED for lack of jurisdiction." The clerk must close the file.

SO ORDERED on September 10, 2012.

s/Robert L. Hinkle
United States District Judge